State v. Faison

*Attorney General Robert Morgan by Charles M. Hensey, Assistant Attorney General, for the State.*

*Bailey & Robinson by Edward G. Bailey for defendant appellant.*

---

STATE OF NORTH CAROLINA v. MALACHI FAISON

No. 724SC645

(Filed 20 December 1972)

APPEAL by defendant from *Rouse, Judge,* April-May 1972 Session, SAMPSON Superior Court.

By two warrants issued on 5 May 1971, defendant was charged with (1) illegal possession and sale of whiskey on 13 February 1971 and (2) illegal possession and sale of whiskey on 20 February 1971. In superior court a jury found defendant guilty as charged in the warrants and from judgment imposing prison sentence, suspended on certain conditions, defendant appealed.

*Attorney General Robert Morgan by George W. Boylan, Associate Attorney, for the State.*

*Chambliss, Paderick and Warrick by Joseph B. Chambliss for defendant appellant.*

BRITT, Judge.

Although defendant has filed a motion to withdraw his appeal, we have elected to deny the motion and consider the

---

case on its merits. After careful consideration of the record on appeal and the briefs, we find no prejudicial error.

No error.

Chief Judge MALLARD and Judge BROCK concur.